Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MILLER BOAT LINE, INC., | CASE NO. 3:22-CV-01108-JRK |
| Plaintiff, | JUDGE JAMES R. KNEPP II |
| vs. | **MOTION TO SEAL EXHIBITS B, C AND D TO COMPLAINT FOR RECOVERY OF MONEY** |
| ELLIOTT BAY DESIGN GROUP, LLC, | |
| Defendant. | |

On June 23, 2022, Plaintiff Miller Boat Line, Inc. filed its Complaint for Recovery of Money. It attached Exhibit B to its Complaint, Defendant's proposal for the work. It attached as Exhibits C and D, Defendant's proposals for work to non-party Fraser Shipyards. These are documents 1-2, 1-3 and 1-4 respectively.

Each of the documents contains a confidentiality provision. For example, page 4 of Exhibit B states:

> This Proposal and any Addenda ("Proposal") are the exclusive property of Elliott Bay Design Group LLC and are delivered only for the purpose of enabling the client to evaluate the Proposal. The information contained in the Proposal is confidential and may not be reproduced in whole or in part or disclosed to a third party without the prior written consent of Elliott Bay Design Group LLC.

Exhibits C and D contain similar language.

18798084 _1 144929.0002