Approved.
IT IS SO ORDERED.

*s/ James R. Knepp II*
U.S. District Judge

May 12 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MILLER BOAT LINE, INC., | CASE NO.  3:22-CV-01108-JRK |
| Plaintiff, | JUDGE JAMES R. KNEPP II |
| vs. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |
| ELLIOTT BAY DESIGN GROUP, LLC, | |
| Defendant. | |

Pursuant to a settlement agreement entered into by the parties, all parties dismiss their respective claims, crossclaims, and third-party claims in this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  Each side to assume its own attorney's fees and court costs.  The Court shall retain jurisdiction to enforce the settlement agreement, if necessary.

Respectfully submitted:

*/s/ William J. Hubbard*
Eric S. Daniel (0078218)
eric.daniel@thompsonhine.com
Robert Burger (0068539)
rob.burger@thompsonhine.com
William J. Hubbard (0077033)
bill.hubbard@thompsonhine.com
Thompson Hine LLP
127 Public Square
3900 Key Center
Cleveland, OH  44141

and

*/s/ Thomas L. Rosenberg*
Thomas L. Rosenberg (0024898)
trosenberg@ralaw.com
Ashley G. LaRock (0101034)
alarock@ralaw.com
Roetzel & Andress, LPA
41 South High Street
Huntington Center, 21st Floor
Columbus, OH  43215
Telephone  614.463.9770
Facsimile  614.463.9792

*Attorneys for Plaintiff Miller Boat Line, Inc.*

Jamar T. King (0091093)
jamar.king@thompsonhine.com
Thompson Hine LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH  54342

*Attorneys for Defendant,*
*Elliott Bay Design Group LLP*


*/s/ Douglas J. Segerman*
Douglas J. Segerman (0064779)
dsegerman@lnlattorneys.com
Kyle T. Anderson (0097806)
kanderson@lnlattorneys.com
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215

*Attorneys for Third-Party Defendant,*
Fraser Shipyards, Inc.

23255881 _1 144929.0002

**PROOF OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines this 9th day of May, 2025. Notice of this filling will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                   /s/ *Thomas L. Rosenberg*
                   Thomas L. Rosenberg
                   Ashley G. LaRock